```
Label Matrix for local noticing          111 South Tenth Street              AT & T
0865-4                                   Fourth Floor                        c/o Southwest Credit Systems
Case 07-44229                            St. Louis, MO 63102                 5910 W. Plano Parkway, Suite 10
Eastern District of Missouri                                                 Plano, TX 75093
St. Louis
Thu Jul  5 07:45:47 CDT 2007

Best Bank                                Budget Rent-a-Car                   CBC Of Sioux Falls
FDIC Receiver For                        6 Sylvan Way                        4603 W Homefield Drive
Dallas, TX 75202                         Parsippany, NJ 07054                Sioux Falls, SD 57106


Capital One Auto Finance                 Capital One Bank                    Capital One FSB
3901 Dallas Parkway                      PO Box 85520                        PO Box 26625
Plano, TX 75093                          Richmond, VA 23285                  Richmond, VA 23261


Citi Auto                                Cost of Wisconsin, Inc.             Covenant Medical Group
2208 Highway 121 Ste 100                 Attn. Payroll Department            c/o OSI Collection Service
Bedford, TX 76021                        4201 Highway P                      1375 E. Woofield Road
                                         Jackson, WI  53037                  Schaumburg, IL 60173


Divison of Employment Security           Enterprise Rent-a-Car               Fenfincorp
2805 Falling Leaf Lane                   600 Corporate Park Drive            1926 S Glenstone #
PO Box 898                               Saint Louis, MO 63105               Springfield, MO 65804
Columbia, MO 65205


Gntyfedbank                              (p)INTERNAL REVENUE SERVICE         Midland
1341 W. Battlefiel                       CENTRALIZED INSOLVENCY OPERATIONS   8875 Aero Drive Suite 200
Springfield, MO 65807                    PO BOX 21126                        San Diego, CA 92123
                                         PHILADELPHIA PA 19114-0326


Midwest Radiological                     Missouri Department of Revenue      Office of U.S. Trustee
PO Box 13570                             PO Box 475                          111 South Tenth Street
Philadelphia, PA 19101                   Jefferson City, MO 65105-0475       Suite 6353
                                                                             St. Louis, MO 63102


Payday Money Store                       Professional Eye Care               Progressive Insurance Company
3348 S. Campbell                         c/o Kansas Counselors               c/o NCO Financial
Springfield, MO 65807                    PO Box 14765                        PO Box 41466
                                         Shawnee Mission, KS 66285           Philadelphia, PA 19101


Progressive Managment Systems            QC Financial Services               QC Financial Services, Inc.
1521 W Cameron Ave Fl 1                  Quik Cash #598                      Quik Cash #041
West Covina, CA 91790                    Springfield, MO 65807               10085
                                                                             Saint Louis, MO 63136


QC Financial Services, Inc.              Quiktrip                            Super Cars, Inc.
Quik Cash #041                           c/o Mastercheck                     1257 Kearney
10085 West Florissant                    421 E. Thomas Avenue                Springfield, MO 65803
Saint Louis, MO 63136                    Stillwater, OK 74075
```

```
University P                    Verizon Wireless/Great          Denton Eugene Loudermill
c/o Account M. Serv             1515 Woodfield Rd Ste140        11914 Rosado Drive
515 N. College Avenue           Schaumburg, IL 60173            Saint Louis, MO 63138
Columbia, MO 65205


Frank R. Ledbetter              John V. LaBarge Jr
Frank R. Ledbetter, Attorney at Law    Chapter 13 Trustee
4386 Lindell Blvd.              P.O. Box 430908
St. Louis, MO 63108             St. Louis, MO 63143
```

       The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
       by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service        End of Label Matrix
PO Box 21126                    Mailable recipients    34
Philadelphia, PA 19114          Bypassed recipients     0
                                Total                  34
```