UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 07-44229-659 |
| DENTON LOUDERMILL, | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | **ANSWER TO MOTION TO** |
| MISSOURI DEPT. OF REVENUE, | ) | **DISMISS** |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DENTON LOUDERMILL, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JOHN V. LABARGE, JR., | ) | |
| | ) | |
| Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

## ANSWER TO MOTION TO DISMISS

COMES NOW, Debtor, by and through Debtor's undersigned Counsel, and answers Movant's Motion to Dismiss as follows:

1) Debtor admits the allegations contained in Paragraph 1 of Motion.

2) Debtor denies the allegations contained in Paragraph 2 of Motion.

3) Debtor admits the allegations contained in Paragraph 3 of Motion.

4) Debtor denies the allegations contained in Paragraph 4 of Motion.

5) Debtor denies the allegations contained in Paragraph 5 of Motion.

6) Debtor admits the allegations contained in Paragraph 6 of Motion.

       7)      Debtor asserts that Debtor will furnish the Missouri Department of Revenue a copy of Debtor's 2006 Missouri state tax returns by the time the hearing on this Motion.

WHEREFORE, Debtor prays that this Court deny the requested entry of an order dismissing Debtor's above-captioned case.

Respectfully submitted,

/s/ Frank R. Ledbetter
Frank R. Ledbetter, MBE#53521;Fed#498124
Attorney for Debtor
4386 Lindell Boulevard
Saint Louis, MO 63108
(314) 535-7780 Telephone
(314) 533-7078 Facsimile
E-mail:  stlatty@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above was sent electronically on this 20th dayof August of 2007 to the following parties:

Office of the U. S. Trustee
111 S. 10th Street, Suite 6353
Saint Louis, MO 63102

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
Saint Louis, MO 63143

Jann Hemm Pritchard
Attorney for Missouri Department of Revenue
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105

/s/ Frank R. Ledbetter