IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re | ) Case No. 07-44229-659-13 |
| | ) Chapter 13 |
| DENTON EUGENE LOUDERMILL, | ) |
| | ) **NOTICE OF HEARING** |
| Debtor(s), | ) |
| | ) |
| MISSOURI DEPARTMENT OF REVENUE, | ) Hearing Date: November 29, 2007 |
| | ) Hearing Time: 11:00 a.m. |
| | ) Response Date: November 22, 2007 |
| Movant, | ) |
| | ) Jan Hemm Pritchard, Esq. |
| DENTON EUGENE LOUDERMILL, | ) Missouri Department of Revenue |
| | ) 301 West High Street, Room 670 |
| | ) Jefferson City, MO  65105 |
| Respondent(s). | ) Missouri Bar # 30459 |
| | ) Federal District Bar #: Exempt |

**NOTICE OF HEARING ON MOTION TO DISMISS**

**TAKE NOTICE**, that the Missouri Department of Revenue's Motion to Dismiss dated August 1, 2007, and any response thereto will be called for hearing on November 29, 2007 at 11:00 a.m. in U.S. Bankruptcy Court 111 S. 10th Street, St. Louis, MO, 63102, Room 7 North. You may be present at that time and be heard.

**FURTHER,** the Department requests, pursuant to Local Rule 9040-1C, that copies of any documents or exhibits supporting any response by the Debtor(s), including relevant tax returns or affidavits, be provided to the Department, no later then 5 business days prior to the hearing. (November 22, 2007).

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

By:  /s/ Jan Hemm Pritchard
Jan Hemm Pritchard, MO Bar #30459

        Federal District Bar #: Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-mail:  edmoecf@dor.mo.gov
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Hearing and Motion to Dismiss was sent through the Court's ECF system or by mail on August 22, 2007, to the following:

Denton Eugene Loudermill
11914 Rosado Drive
St. Louis, MO  63138

Frank R. Ledbetter, Esq.
4386 Lindell Blvd.
St. Louis, MO  63108

/s/ Jan Hemm Pritchard