UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No. 07-44229-659-13 |
| | ) Chapter 13 |
| DENTON EUGENE LOUDERMILL, | ) |
| Debtor, | ) **WITHDRAWAL OF** |
| | ) **MOTION TO DISMISS** |
| MISSOURI DEPARTMENT OF REVENUE, | ) |
| Movant. | ) Susan L. Lissant, Esq. |
| | ) Missouri Department of Revenue |
| DENTON EUGENE LOUDERMILL, | ) 301 West High Street, Room 670 |
| Respondent. | ) Jefferson City, MO  65105 |
| | ) MO Bar # 56970 |
| | ) Federal District Bar #:  Exempt |

**WITHDRAWAL OF MOTION TO DISMISS**

COMES NOW the Missouri Department of Revenue and hereby withdraws, without prejudice, its Motion to Dismiss in this case filed on or about August 1, 2007.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

By:  /s/ Susan L. Lissant
Susan L. Lissant, MO Bar #56970
Federal District Bar #: Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-mail:  edmoecf@dor.mo.gov
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Withdrawal of Motion to Dismiss was sent through the Court's ECF system or by mail on November 30, 2007, to the following:

| | |
|---|---|
| Frank R. Ledbetter, Esq. | Denton Eugene Loudermill |
| 4386 Lindell Blvd. | 11914 Rosado Drive |
| St. Louis, MO  63108 | St. Louis, MO  63138 |

/s/ Susan L. Lissant