```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                             EASTERN DIVISION
```

In re:                              )  CASE NO: 07-44229-659    Chapter 13
                                    )
DENTON EUGENE LOUDERMILL            )  Re: Objection to Claim 9-1  filed by
                                    )      SUPER CARS INC
                                    )      Acct: 5059
                  Debtor(s)         )      Amount: $     4,149.04

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 9-1**

   COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:

   The claim filed by SUPER CARS INC                  dated December 18, 2007 for $   4,149.04 was filed after the last day for filing claims in this case which was October 30, 2007, and said claim should be denied.

   WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

   Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.
   The undersigned hereby certifies that a copy of the foregoing was served upon the following either electronically through the Court's system or by regular mail on this day of January 2, 2008   .

                                        /s/ John V. LaBarge, Jr.
                                        _____
FRANK R LEDBETTER                       John V LaBarge Jr
4386 LINDELL BLVD                       Chapter 13 Trustee  trust33@ch13stl.com
                                    AC  P.O. Box 430908
ST LOUIS MO                             St. Louis, MO 63143
              63108                     (314) 781-8100 Fax: (314) 781-8881

D LOUDERMILL
11914 ROSADO DRIVE
                                    AC
SAINT LOUIS MO
              63138

SUPER CARS INC
1257 KEARNEY
                                    AC
SPRINGFIELD MO              65803              AC -454