

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
THOMAS F. EAGLETON U.S. COURTHOUSE
111 SOUTH TENTH STREET, FOURTH FLOOR
ST. LOUIS, MISSOURI 63102
www.moeb.uscourts.gov

DANA C. MCWAY
CLERK OF COURT

DIANA DURKEE AUGUST
CHIEF DEPUTY CLERK

(314) 244-4500
VCIS (314) 244-4999
FAX (314) 244-4990
PACER (314) 244-4998

TO:        Super Cars, Inc.

DATE:      January 3, 2008

RE:        Response Trustee's Objection to Claim 9-1

CASE NAME: Denton Eugene Loudermill 07-44229

The enclosed documents are being returned to you for the following reasons:

( )   Petition/Pleading was not signed by the debtor(s)/filer.

( )   Petition did not include the Matrix and/or Verification of Matrix.

( )   Petition did not include the Debtor's Certificate of Credit Counseling.

( )   Filing fee was not enclosed with the .  Amount due:

( )   Insufficient/incorrect filing fee was enclosed with this .  Correct amount due:    $

( )   Check for the filing fee was not signed.

( )   Debtor(s)' checks cannot be accepted - Debtor(s) may pay by cash, cashier's check or money order.

( )   The above listed case was closed on .  You have a right to include this document in the closed file. If you wish to have the document filed in the closed case, return it to the Court and it will be filed. No further action will be taken on the document.  **If you wish to have this document acted on by the Court, please file a Motion to Reopen the case concurrently.  There is a $  fee to reopen a case.**

( )   The file is located in the Federal Archives Center.  Contact Joe Van Horn, Work Leader at, 314-244-4827 for retrieval information.

( )   Debtor(s) name and/or case number cannot be located in our system. The enclosed document(s) were filed with this Court in error.

( )   Pursuant to Local Bankruptcy Rule 5005-1 D., Electronic Filing, you have failed to file document(s) through electronic means as required by the Court's Electronic Case Filing (ECF) Administrative Procedures. An Order was sent prior to this notification stating the Court would return to you as

unfiled all subsequent documents submitted in paper format. If you do not have a computer or Internet access, you may use the public computer and scanning facilities provided by the Court at its Intake counter during normal business hours (8:30 a.m. - 4:30 p.m.). To register for ECF, contact Beth Pfister, Training Coordinator at (314) 244-4606.

( X)    Other:  **The document received in the Court was submitted without an original signature.**

By:  Jan Crawford
     *Jan Crawford*
     Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO: 07-44229-659    Chapter 13 |
| | ) | |
| DENTON EUGENE LOUDERMILL | ) | Re: Objection to Claim 9-1  filed by |
| | ) |     SUPER CARS INC |
| | ) |     Acct: 5059 |
| Debtor(s) | ) |     Amount: $    4,149.04 |
| | ) | Response Due: Jan 09, 2008 |

**TRUSTEE'S IN BANKRUPTCY OBJECTION TO CLAIM 9-1**

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in bankruptcy, and for his objection to claim states as follows:
The claim of SUPER CARS INC                    dated Dec 18, 2007
SHOULD BE DENIED AS FILED BECAUSE THE CLAIM WAS FILED AFTER
THE LAST DAY TO FILE CLAIMS WHICH WAS OCTOBER 30, 2007. IN
ADDITION, THE CLAIM IS NOT ACCOMPANIED BY PROOF THAT THE
SECURITY INTEREST HAS BEEN PERFECTED.

    WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

    Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S. 10th St., 4th Floor, St. Louis, MO 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.
    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the Court's ECF system or by ordinary mail, postage pre-paid, on this day of December 20, 2007 .

| | | |
|---|---|---|
| | | /s/ John V. LaBarge, Jr. |
| FRANK R LEDBETTER | | John V LaBarge Jr |
| 4386 LINDELL BLVD | | Chapter 13 Trustee  trust33@ch13stl.com |
| | AC | P.O. Box 430908 |
| ST LOUIS MO | | St. Louis, MO 63143 |
|     63108 | | (314) 781-8100  Fax:(314) 781-8881 |
| | | |
| D LOUDERMILL | | |
| 11914 ROSADO DRIVE | | |
| | AC | |
| SAINT LOUIS MO | | |
|     63138 | | |
| | | |
| SUPER CARS INC | | |
| 1257 KEARNEY | | |
| | AC | |
| SPRINGFIELD MO | 65803 | |

RECEIVED & FILED
JAN - 2 2008
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

AC -159

# SIMPLE INTEREST FOR VEHICLE INSTALLMENT SALE CONTRACT AND SECURITY AGREEMENT

Buyer: DENTON LOUDERMILL  
(Name)  
Residence Address: 441 W LOMBARD  
City: SPRINGFIELD  
State: MO  
Zip Code: 65806

has this date purchased from the undersigned Seller, and to secure full payment of all the indebtedness of Buyer hereunder, grants to Seller a security interest under the Uniform Commercial Code in the following Motor Vehicle, including all equipment and accessories thereon and all insurance and other proceeds therefrom, and assigns to Seller any return premiums from insurance thereon.

| New or Used | Year Model | Make | Model | Color | No. Cyl. | Body Style | Manufacturers Number |
|---|---|---|---|---|---|---|---|
| USED | 94 | FORD | EXP 4X4 | GRN | 6 | SUV | 1FMDU34X0RUC94234 |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES BY UNDERSIGNED SELLER

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down-payment of $ 650 |
|---|---|---|---|---|
| 18.9 % | $ 1256.54 | $ 5849— | $ 7105.54 | $ 7755.54 |

Your Payment Schedule Will Be: **WEEKLY**

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 109 | 65— | START 5-20-6 |
| 1 | 22.54 | END 6-21-8 |

**INSURANCE:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost. Your credit insurance will only cover your initially scheduled payments.

| TYPE | PREMIUM | SIGNATURE |
|---|---|---|
| ☐ Single Credit Life<br>☐ Joint Credit Life | | I want credit life insurance. _____ Signature _____ Signature |
| Credit Disability | | I want credit disability insurance. Signature _____ |

Filing fees: $ _____

**Late Charge:** If a payment is not paid in full within 5 days after it is due, you will pay a late charge equal to the lesser of 5% of the late payment or $5.00; but not less than $1.00.
**Prepayment:** If you pay off early, you will not have to pay a penalty.
**Security Interest:** You are giving a security interest in the Motor Vehicle being purchased.

See the remainder of this contract, including the reverse side, for more information about nonpayment, default, any required repayment in full before the scheduled date, prepayment refunds and penalties.

**ITEMIZATION OF AMOUNT FINANCED OF:** $ 5849—

1. Cash Sale Price ............... $ 6499—
2. Less Downpayment: Cash $ 450—
   Net Trade-in $ 200—
   Total Downpayment ........... $ 650—
3. Difference .................... $ 5849—

4. Filing fees to Public Officials ........ $ _____
5. Other Charges:
   a.) Physical Damage Insurance ...... $ _____
   b.) Process fee .................... $ _____
   c.) Credit Life and Credit Disability Insurance cost disclosed above ........ $ _____
   d.) Fire, Theft, and Collision ...... $ _____

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE TO OTHERS IS NOT INCLUDED IN NOR PROVIDED FOR BY THIS CONTRACT. PHYSICAL DAMAGE INSURANCE MAY BE OBTAINED FROM ANY INSURER ACCEPTABLE TO SELLER.

Trade-In Description: Yr. 1988 Make OLDS Model DELTA 88

**NOTICE TO THE BUYER:** Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to an exact copy of the contract you sign.
**NOTICE:** Any holder of this Contract is subject to all claims and defenses which the Debtor could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the Debtor shall not exceed amounts paid by the Debtor hereunder. All the terms on the front and reverse sides hereof, including Federal Truth-In-Lending Disclosures, and "FTC USED CAR WARRANTY NOTICE", are part of this agreement.

By signing below CO-SIGNER acknowledges reading the "NOTICE TO CO-SIGNER" on the reverse side and receiving a copy of this Contract and Security Agreement, and agrees to perform or cause to be performed, all of the Buyers obligations hereunder.

DATED 5-11-06

SUPERCARS, INC.
CORPORATE, FIRM OR TRADE NAME OF SELLER
1257 E. KEARNEY
SPRINGFIELD, MO 65803
(Owner, Officer or Firm Member)

_Martha Bell_

(Address)

Buyer acknowledges receipt of an exact copy of this contract.
Buyer(s) promises(s) to pay the Total of payments as scheduled and also pay interest accrued on the unpaid principal balance of payments past due at the effective rate on this contract.

_signature_ Buyer

_____ Buyer

_____ CO-SIGNER

RECEIVED & FILED
JAN 2 - 2008
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

Returned

**ASSIGNMENT OF CONTRACT**

In accordance with contents of ASSIGNMENT AND WARRANTY on reverse side, this contract is hereby accepted and assigned to:

_____ (Corporate, Firm or Trade Name of Assignee)

_____ (Corporate, Firm or Trade Name of Assignor)

_____ (Owner, Officer or Firm Member)

| APPROVED | DATE | OFFICE | TYPE NO | DEALER NO | A/C NO | DISC | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |



### Record Lookup Results

| Year Make | VIN/HIN |
|---|---|
| 1994 FORD | 1FMDU34X0RUC84634 |

File NOL

Record Lookup

User Management

Change Password

View History

Contact DOR

Step by Step Instructions

Logout

#### Title Record

**Owner Information**

Owner's Name LOUDERMILL DENTON
Street Address 3035 N KENTWOOD AVE
City SPRINGFIELD
State MO
Zip Code 65803
County GREENE

**Vehicle Information**

Year 1994
Make FORD
VIN 1FMDU34X0RUC84634
Vehicle Type Passenger Vehicle
Title Number PK459932
Title Issue Date 6/22/2006
Title Type Original
Horsepower 26
Cylinders 06
Odometer 0
Odometer Code Exempt from Mileage Requirements
Brand
Purchase Date 5/11/2006

**Lienholder Information**

SUPERCARS INC
Street Address 1257 E KEARNEY ST
City SPRINGFIELD
State MO
Zip Code 65803

**There is no Notice of Lien pending in the department's lien file. Check the title record for the latest lienholder information.**



· Dealer & Lienholders · Motor Vehicle & Driver Services · Contact ·

https://dors.mo.gov/dmv/nol/lookup.do                                    12/27/2007

# STATE OF MISSOURI
## CERTIFICATE OF TITLE

06171FK371                                     ORIGINAL

TITLE NUMBER: PK458932

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY STYLE | FUEL |
|---|---|---|---|---|---|
| 1FMDU34X0RUC84634 | 1994 | FORD | | FODOR | |

| CYL | HP | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|---|
| 6 | 26 | | * | PAID | 05/11/2006 | 06/22/2006 |

OWNER: LOUDERMILL DENTON
447 W LOMBARD ST
SPRINGFIELD       MO 65806

MAIL TO:
SUPERCARS INC
1257 E KEARNEY ST
SPRINGFIELD       MO 65803-4160

VEHICLE SUBJECT TO FOLLOWING LIEN(S)

**Lien release** - To release any lien shown on the face of this title, the lienholder must complete a **notarized** Lien Release (DOR-4809) to be attached to this title before the purchaser applies for a Certificate of Title.

FIRST LIEN: SUPERCARS INC
1257 E KEARNEY ST
SPRINGFIELD
MO 65803
LIEN DATE: 05/11/2006

SECOND LIEN:           LIEN DATE:

Any person who knowingly and intentionally submits a separate document releasing a lien of another without authority to do so shall be guilty of a class C felony. (301.640 RSMo)

**BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY**

MILEAGE STATEMENT
*EXEMPT FROM MILEAGE REQUIREMENTS
EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE
TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF
SELLING THIS VEHICLE.

*Tish Vincent*
DIRECTOR OF REVENUE

MO 860-0331 (07-05)   00634247                                                      DOR-387 (07-05)

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

---

| MUST BE COMPLETED BY SELLER | **NOTICE OF SALE** | SEE INSTRUCTIONS ON REVERSE |
|---|---|---|

| PURCHASER NAME(S) | DOR USE ONLY - CODE |
|---|---|

ADDRESS

| CITY | STATE | ZIP CODE | COUNTY |
|---|---|---|---|

| DRIVER LICENSE NUMBER OF FIRST PURCHASER | DATE OF BIRTH OF FIRST PURCHASER |
|---|---|

| SIGNATURE OF FIRST PURCHASER LISTED ABOVE | PRINTED NAME OF FIRST PURCHASER LISTED ABOVE |
|---|---|

| KOV | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|---|---|
| | 1994 | FORD | 1FMDU34X0RUC84634 | PK458932 |

| DATE OF SALE | NET PURCHASE PRICE (AFTER TRADE-IN) |
|---|---|

MO 860-3043 (07-05)                                                                  DOR-5049A (07-05)