UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                ) CASE NO: 07-44229-659    Chapter 13
                                      )
DENTON EUGENE LOUDERMILL              ) Re: Objection to Claim 9-1  filed by
                                      )     SUPER CARS INC
                                      )     Acct: 5059
              Debtor(s)               )
                                      )     0001 206429 OBJ: 01/02/2008  #24

ORDER

Upon Trustee's objection to claim number 9-1 filed by SUPER CARS INC , for good cause shown, it is ORDERED that the Trustee's objection is OVERRULED and the claim is ALLOWED

Date: JAN  9 2008
St. Louis, Missouri
Copy mailed to:

_Kathy A. Surratt-States_
U.S. Bankruptcy Judge

FRANK R LEDBETTER                       John V LaBarge Jr
4386 LINDELL BLVD                       Chapter 13 Trustee  trust33@ch13stl com
                                  AC    P.O. Box 430908
ST LOUIS MO                             St. Louis, MO 63143
                    63108               (314) 781-8100 Fax: (314) 781-8881

D LOUDERMILL
11914 ROSADO DRIVE
                                  AC
SAINT LOUIS MO
                    63138


SUPER CARS INC
1257 KEARNEY
                                  AC
SPRINGFIELD MO      65803               AC -545