UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In re: | ) CASE NO: 07-44229-659  Chapter 13 |
|---|---|
| | ) |
| DENTON EUGENE LOUDERMILL | ) |
| | ) Response Due: 08/06/2008 |
| | ) Hearing:                             4 |
| Debtor(s) | ) |

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee In bankruptcy, and for his Motion to Dismiss states as follows:

1. That the above captioned case was filed on Jul 04, 2007. The debtor's plan proposes to pay the sum of $    560.00  per month.
2. Pursuant to 11 U.S.C. 1326(a)(1) the debtor's first payment was due on August 3, 2007    .
3. That the Trustee has received payments from the debtor over the last nine months as set forth in exhibit A, attached hereto.
4. That payments due to the Trustee to date are $    6,720.00  but the total paid into the plan to date is $    5,190.00 .
5. That the debtor is $    1,530.00  in default through Jul 17, 2008.

WHEREFORE, the Trustee prays the Court enter its order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

Please take notice that the Chapter 13 Trustee has filed a Motion to Dismiss. Any responsive pleadings including an amended plan, if one is to be filed, must be filed in writing with the US Bankruptcy Court, 111 S Tenth St, 4th Floor, St. Louis MO, 63102, and with the Chapter 13 Trustee at the address indicated below, within 20 days of the date of this notice. If no responsive pleading is filed, the motion may be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of July 17, 2008    .

```
                                     /s/ John V. LaBarge, Jr.
DAM-026                              ------------------------------------
                                     John V LaBarge Jr  Ch 13 Trustee
                                     P.O. Box 430908
                                     St. Louis, MO 63143  (314) 781-8100
                                        trust33@ch13stl.com    Fax:(314) 781-8881


D LOUDERMILL                            FRANK R LEDBETTER
11914 ROSADO DRIVE                      145 GLENRIDGE LN
SAINT LOUIS MO  63138
                                        ST LOUIS MO
                                                                  63146
```

```
In re:                              )  CASE NO: 07-44229-659   Chapter 13
                                    )
DENTON EUGENE LOUDERMILL            )
                                    )  Response Due: 08/06/2008
                                    )  Hearing:                           4
                          Debtor(s) )

                              EXHIBIT A

           RECEIPTS FROM Oct 17, 2007 TO Jul 17, 2008

 RECEIPT DATE     RECEIPT AMOUNT     RECEIPT TYPE
 ------------     --------------     ------------------------------------

 Oct 22, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Oct 29, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Nov 02, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Nov 12, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Nov 19, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Nov 26, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Dec 04, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Dec 10, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Dec 17, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Dec 26, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Dec 28, 2007     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Jan 07, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Jan 14, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Jan 22, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Jan 28, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Feb 04, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Feb 11, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Feb 18, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Feb 25, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Feb 29, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Mar 10, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Mar 14, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Mar 24, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Mar 27, 2008     $       140.00     EMPLOYER PAYROLL DEDUCTION CHECK
 Jun 02, 2008     $       100.00     MONEY ORDER FROM DEBTOR
 Jun 02, 2008     $        50.00     MONEY ORDER FROM DEBTOR
```