# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 07-44229-659 |
| DENTON LOUDERMILL, ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | **ANSWER TO TRUSTEE'S MOTION** |
| JOHN V. LABARGE, JR., ) | **TO DISMISS** |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| DENTON LOUDERMILL, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ANSWER TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

COMES NOW, Debtor, by and through Debtor's undersigned Counsel, and answers Movant's Motion to Dismiss as follows:

1) Debtor admits the allegations contained in Paragraphs 1-5 of Movant's Motion.

2) Debtor asserts that Debtor intends to cure Debtor's delinquency by the time of the hearing on this Motion.

WHEREFORE, Debtor prays that this Court deny the requested entry of an order dismissing Debtor's above-captioned case.

Respectfully submitted,

/s/ Frank R. Ledbetter
Frank R. Ledbetter, MBE#53521;Fed#498124
Attorney for Debtor
2001 S. Big Bend Boulevard
Saint Louis, MO 63117
(314) 535-7780 Telephone
(314) 533-7078 Facsimile
E-mail: stlatty@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the above was sent either electronically or by U. S. Mail, First Class, postage pre-paid to the following parties on this 6th day of August 2008:

Office of the U. S. Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

John V. LaBarge, Jr.
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

/s/ Frank R. Ledbetter