UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
IN RE: DENTON EUGENE             )
       LOUDERMILL                )   CASE NO: 07-44229-659
                                 )   CHAPTER 13
                                 )
                                 )   Hearing Date: September 4, 2008
                                 )   Hearing Time: 11:00 AM
DEBTOR(S)                        )   Location: St. Louis, 7 North
```

**NOTICE OF HEARING ON MOTION TO DISMISS**

    TAKE NOTICE THAT THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS DATED   July 17, 2008       AND ANY RESPONSE THERETO WILL BE CALLED FOR HEARING ON September 4, 2008   AT 11:00 AM IN US Bankruptcy Court    111 S 10th St        , St Louis  MO         , 63102       ROOM 7 NORTH. YOU MAY BE PRESENT AT THAT TIME AND BE HEARD.


    THE UNDERSIGNED HEREBY CERTIFIES THAT A COPY OF THE FOREGOING WAS SERVED UPON THE FOLLOWING EITHER ELECTRONICALLY THROUGH SYSTEM OF THE COURT OR BY REGULAR MAIL THIS DAY OF August 13, 2008    .


```
285-TV                             /s/ John V. LaBarge, Jr.
                                   _____
FRANK R LEDBETTER                  John V Labarge Jr, Chapter 13 Trustee
145 GLENRIDGE LN                   P.O. Box 430908
                                   St. Louis,  MO 63143
ST LOUIS MO                        Tel: (314)781-8100, Fax: (314)781-8881
              63146                trust33@ch13stl.com

D LOUDERMILL
11914 ROSADO DRIVE

SAINT LOUIS MO
              63138
```


ALL PARTIES ON ATTACHED LIST.

```
DIV OF EMPLOYMENT SECURITY
2805 FALLING LEAF LN
PO BOX 898
COLUMBIA MO
                        65205


INTERNAL REVENUE SERV
PO BOX 21125
C/O MISSOURI CASES
PHILADELPHIA PA
                        19114


MO DEPT OF REVENUE
PO BOX 475

JEFFERSON CITY MO
                        65105-0475


AT&T
5910 W PLANO PKWY
C/O SW CREDIT SYSTEMS
PLANO TX
                        75093


BEST BANK
DIC RECEIVER

DALLAS TX
                        75202


BUDGET RENT A CAR
6 SYLVAN WAY

PARSIPPANY NJ
                        07054


CAPITAL ONE AUTO FINANCE
PO BOX 201347
C/O ASCENSION CAPITAL GROUP
ARLINGTON TX
                        76006


CAPITAL ONE
PO BOX 5155
C/O TSYS DEBT MGMT
NORCROSS GA
                        30091


PORTFOLIO RECOVERY ASSOC LLC
PO BOX 12914

NORFOLK VA
                        23541
```

___

```
CBC OF SIOUX FALLS
4603 W HOMEFIELD DR

SIOUX FALLS SD
                    57106


CITIFINANCIAL AUTO CREDIT INC
PO BOX 9577

COPPELL TX
                    75019-9578


OSI COLLECTION SERVICES INC
1375 E WOODFIELD DR
STE 110
SCHAUMBURG IL
                    60173-5447


ENTERPRISE RENT A CAR
29 HUNTER AVE
ATTN BARBARA SCHENCK
ST LOUIS MO
                    63124


FENFINCORP
1926 S GLENSTONE

SPRINGFIELD MO
                    65804


GUARANTY FED SAVINGS
1341 W BATTLEFIELD

SPRINGFIELD MO
                    65807-4181


MIDLAND CREDIT MGMT INC
8875 AERO DR

SAN DIEGO CA
                    92123


MIDWEST RADIOLOGY
PO BOX 13570

PHILADELPHIA PA
                    19101


PAYDAY MONEY STORE
3348 S CAMPBELL

SPRINGFIELD MO
                    65807
```

KANSAS COUNSELORS
PO BOX 14765

SHAWNEE MISSION KS
                    66285-4765

PROGRESSIVE INSURANCE
PO BOX 41466

PHILADELPHIA PA
                    19101

PROGRESSIVE MGMT SYSTEMS
1521 W CAMERON AVE
PO BOX 2220
WEST COVINA CA
                    91793-9917

QC FINANCIAL SVCS

C/O QUIK CASH #598
SPRINGFIELD MO
                    65807

QC FINANCIAL SVCS
10085 W FLORISSANT

DELLWOOD MO
                    63136-2101

QUIKTRIP
421 E THOMAS AVE
C/O MASTERCHECK
STILLWATER OK
                    74075

ACCOUNTS MANAGEMENT SERV
515 N COLLEGE AVE

COLUMBIA MO
                    65205

MIDWEST VERIZON WIRELESS
PO BOX 3397
C/O AFNI/VERIZON WIRELESS
BLOOMINGTON IL
                    61701

LVNV FUNDING LLC
PO BOX 10587
C/O RESURGENT CAPITAL SVCS
GREENVILLE SC
                    29603-0587

**CASE NO: 07-44229 LOUDERMILL** 4
_____
PORTFOLIO RECOVERY ASSOCIATES
PO BOX 41067

NORFOLK VA
                    23541-1067