**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:

**Debtors:**
Denton Eugene Loudermill – See below for reported alias information xxx–xx–7285
– See below for reported alias information

**Case No.: 07–44229**

**CHAPTER 13**

**POST–CONFIRMATION ORDER AND NOTICE OF DISMISSAL**

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

PLEASE TAKE NOTE: THIS CASE IS BEFORE THE COURT FOR DISMISSAL FOR THE REASON(S) IDENTIFIED BY ☑ BELOW.

☐ **The Debtor(s)** moved to dismiss this case in accordance with 11 U.S.C. § 1307(b).

☐ **The Debtor(s)** failed to pay the filing fee on the terms set forth in the Order Approving Installment Fee Application previously entered in this case.

☐ **The Chapter 13 Trustee** orally moved to dismiss this case at the Chapter 13 confirmation hearing in accordance with ☐ 11 U.S.C. § 1307(c)(1) for unreasonable delay; or ☐ § 1307(c)(4) for failure to make plan payments.

☑ **The Chapter 13 Trustee** moved to dismiss this case in accordance with ☐ 11 U.S.C. § 1307(c)(1) for unreasonable delay; ☑ § 1307(c)(4) for failure to make plan payments; ☐ § 1307(c)(5) for denial of confirmation of a plan and denial of request for additional time for filing another plan or modification; ☐ § 1307(c)(6) for material default by the Debtor(s) with respect to a term of a confirmed plan; and/or ☐ abuse of the bankruptcy process. The Chapter 13 Trustee has certified that the Debtor(s) failed to respond to the motion. If the Debtor(s) did respond, the Court considered the response and provided opportunity for hearing;

☐ **The Chapter 13 Trustee** moved to dismiss this case for Lack of Feasibility of the Chapter 13 Plan;

☐ **The Chapter 13 Trustee** moved to dismiss this case for Debtor(s)' failure to comply with a court order.

☐ **A Party in Interest** other than the Chapter 13 Trustee moved to dismiss this case in accordance with 11 U.S.C. § 1307(c), or for failure to comply with a court order or other abuse of the bankruptcy process, as more fully stated in the written motion, and after notice and hearing;

☐ **The Missouri Department of Revenue** moved to dismiss this case in accordance with 11 U.S.C. § 1307(c)(1) for unreasonable delay in filing tax return(s), and the Debtor(s) have failed to respond to the motion, or after notice and hearing;

☐ **The Court,** on its own motion or show cause, moved to dismiss this case under 11 U.S.C. § 105(a) for failure to comply with court order and/or abuse of the bankruptcy process.

**Other Reason:**

☐

**ACCORDINGLY,**

**IT IS ORDERED** that for the reasons set forth in the motion or as set forth on the record at hearing, the Motion to Dismiss identified in this notice is **GRANTED** ;

**IT IS FURTHER ORDERED** Debtor(s)' employer(s) is/are directed to cease withholding from the Debtor(s)' wages in respect to this Chapter 13 case, and this Court's Order To Deduct From Wages or Other Income is hereby terminated.

**IT IS FURTHER ORDERED** for the reason(s) identified in this notice, this Chapter 13 case is **DISMISSED** prior to entry of an order of discharge, and the automatic stays of 11 U.S.C. § 362 are hereby terminated.

**IT IS FURTHER ORDERED** that John V. LaBarge, Jr., Chapter 13 Trustee, is directed to: pay any unpaid portion of the filing fee and disburse the remaining funds in accordance with the Debtor(s)' confirmed plan. The Trustee shall promptly file his final report and upon so doing is discharged as Trustee and is relieved of and discharged from his bond.

**IT IS FURTHER ORDERED** that all requests for payment of administrative expenses pursuant to 11 U.S.C. § 503(b) must be filed with the Court and a copy must be sent to the Chapter 13 Trustee within ten (10) calendar days of the date of this order.

**IT IS FURTHER ORDERED** that any matters not previously disposed will be denied as moot on the filing of the Chapter 13 Trustee's final report.

☐    **IT IS FURTHER ORDERED** that this case is dismissed under U.S.C. § 109(g) and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal.

☐    **IT IS FURTHER ORDERED** that this case is dismissed with prejudice and the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal.

☐    **IT IS FURTHER ORDERED** that since the Debtor(s) owe(s) $ for the filing fee in this case, the Debtor(s) **MUST PAY THIS AMOUNT TO THE COURT WITHIN FIVE BUSINESS DAYS OF THIS ORDER.** If the Debtor(s) fail(s) to pay the amount owed to the Court within five business days, the Debtor(s) is/are prohibited from filing a petition under Title 11 of the United States Bankruptcy Code for 180 days from the date of dismissal. If the Debtor(s) file(s) a subsequent bankruptcy case while prior filing fees remain outstanding, the Court will ordinarily deny any Application to Pay Filing Fees in Installments in the subsequent case.

*Kathy A Surratt-States*

U.S. Bankruptcy Judge

Dated: 9/4/08

**Reported Alias Information:**
Denton Eugene Loudermill –
–

Rev. 3/06

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0865-4          User: brir                Page 1 of 2           Date Rcvd: Sep 04, 2008
Case: 07-44229                Form ID: post13ds         Total Served: 44


The following entities were served by first class mail on Sep 06, 2008.
db          +Denton Eugene Loudermill,   11914 Rosado Drive,   Saint Louis, MO 63138-1836
aty         +Frank R. Ledbetter,   Ledbetter Law Firm, LLC,   2001 S. Big Bend Boulevard,
              St. Louis, MO 63117-2403
aty          Jan Hemm Pritchard,   Missouri Department of Revenue,   General Counsel’s Office,   PO Box 475,
              301 West High Street,   Jefferson City, MO  65105-0475
aty         +Susan L. Lissant,   Missouri Department of Revenue,   301 W. High Street, P.O. Box 475,
              Jefferson City, MO 65105-0475
ust         +Office of U.S. Trustee,   111 South Tenth Street,   Suite 6353,   St. Louis, MO 63102-1125
cr           Missouri Department of Revenue,   General Counsels Office,   301 High St Ste 670,
              Jefferson City, MO  65105-0475
cr          +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
6773455     +AT & T,   c/o Southwest Credit Systems,   5910 W. Plano Parkway, Suite 10,   Plano, TX 75093-2201
6773456      Best Bank,   FDIC Receiver For,   Dallas, TX 75202
6773457     +Budget Rent-a-Car,   6 Sylvan Way,   Parsippany, NJ 07054-3826
6800076     +Capital One Auto Finance,   P O Box 740933,   Dallas,Tx 75374-0933
6773458     +Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
6776992     +CitiFinancial Auto Credit, Inc.,   P.O. Box 9577,   Coppell, TX 75019-9510,
              Telephone No. (800) 963-9813
6773533     +Cost of Wisconsin, Inc.,   Attn. Payroll Department,   4201 Highway P,   Jackson, WI 53037-9760
6773463     +Covenant Medical Group,   c/o OSI Collection Service,   1375 E. Woofield Road,
              Schaumburg, IL 60173-6068
6773464     +Divison of Employment Security,   2805 Falling Leaf Lane,   PO Box 898,   Columbia, MO 65205-0898
6773465     +Enterprise Rent-a-Car,   600 Corporate Park Drive,   Saint Louis, MO 63105-4211
6773466     +Fenfincorp,   1926 S Glenstone #,   Springfield, MO 65804-2305
6773467     +Gntyfedbank,   1341 W. Battlefiel,   Springfield, MO 65807-4101
6773470      Midwest Radiological,   PO Box 13570,   Philadelphia, PA 19101
6773471      Missouri Department of Revenue,   PO Box 475,   Jefferson City, MO 65105-0475
6773472     +Payday Money Store,   3348 S. Campbell,   Springfield, MO 65807-4980
7151453     +Portfolio Recovery Associates LLC.,   PO Box 41067,   Norfolk, VA 23541-1067
6773473     +Professional Eye Care,   c/o Kansas Counselors,   PO Box 14765,   Shawnee Mission, KS 66285-4765
6773474      Progressive Insurance Company,   c/o NCO Financial,   PO Box 41466,   Philadelphia, PA 19101
6773475     +Progressive Managment Systems,   1521 W Cameron Ave Fl 1,   West Covina, CA 91790-2738
6773476      QC Financial Services,   Quik Cash #598,   Springfield, MO 65807
6773478     +QC Financial Services, Inc.,   Quik Cash #041,   10085 West Florissant,
              Saint Louis, MO 63136-2101
6773477      QC Financial Services, Inc.,   Quik Cash #041,   10085,   Saint Louis, MO 63136
6773479     +Quiktrip,   c/o Mastercheck,   421 E. Thomas Avenue,   Stillwater, OK 74075-2600
6773480     +Super Cars, Inc.,   1257 Kearney,   Springfield, MO 65803-4160
6773481     +University P,   c/o Account M. Serv,   515 N. College Avenue,   Columbia, MO 65201-4790

The following entities were served by electronic transmission on Sep 05, 2008.
tr          +E-mail/Text: bncntcs@ch13stl.com                           John V. LaBarge, Jr,
              Chapter 13 Trustee,   P.O. Box 430908,   St. Louis, MO 63143-0908
6773461     +EDI: CBCSI.COM Sep 05 2008 03:48:00      CBC Of Sioux Falls,   4603 W Homefield Drive,
              Sioux Falls, SD 57106-3511
6773458     +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM
              Capital One Auto Finance,   3901 Dallas Parkway,   Plano, TX 75093-7864
6781949     +EDI: CAPITALONE.COM Sep 05 2008 03:48:00      Capital One Bank,   c/o Tsys Debt Mgmt.,
              PO Box 5155,   Norcross, GA 30091-5155
6773459     +EDI: CAPITALONE.COM Sep 05 2008 03:48:00      Capital One Bank,   PO Box 85520,
              Richmond, VA 23285-5520
6773460     +EDI: CAPITALONE.COM Sep 05 2008 03:48:00      Capital One FSB,   PO Box 26625,
              Richmond, VA 23261-6625
6773462     +EDI: PHINARCADIA.COM Sep 05 2008 03:48:00      Citi Auto,   2208 Highway 121 Ste 100,
              Bedford, TX 76021-5981
6773468      EDI: IRS.COM Sep 05 2008 03:48:00      Internal Revenue Service,   PO Box 21126,
              Philadelphia, PA 19114
6858057      EDI: RESURGENT.COM Sep 05 2008 03:48:00      LVNV Funding LLC its successors and assigns as,
              assignee of OSI,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
6773469     +EDI: MID8.COM Sep 05 2008 03:48:00      Midland,   8875 Aero Drive Suite 200,
              San Diego, CA 92123-2255
6776526     +EDI: MID8.COM Sep 05 2008 03:48:00      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
6876134     +EDI: AFNIVZWIRE.COM Sep 05 2008 03:48:00      Verizon Wireless Midwest,   AFNI/Verizon Wireless,
              PO Box 3397,   Bloomington, IL 61702-3397
6773482     +EDI: AFNIVZWIRE.COM Sep 05 2008 03:48:00      Verizon Wireless/Great,   1515 Woodfield Rd Ste140,
              Schaumburg, IL 60173-6046
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0865-4          User: brir             Page 2 of 2            Date Rcvd: Sep 04, 2008
Case: 07-44229                Form ID: post13ds      Total Served: 44

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 06, 2008**                          **Signature:**   _Joseph Speetjens_