```
                    IN THE UNITED STATES  BANKRUPTCY COURT
                             EASTERN DISTRICT
                             EASTERN DIVISION

IN RE:                                )
                                      )         CASE NO: 07-44229-6
   DENTON EUGENE LOUDERMILL           )
   11914 ROSADO DRIVE                 )         CHAPTER 13
                                      )
   SAINT LOUIS MO      63138-0000     )         DATE: 10/07/08
                                      )
                                      )

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
```

     JOHN V. LABARGE, JR.    , Trustee for the above case, submits the following final  report and account of  the  administration  of  the  estate  pursuant  to 11 USC 1302 (b)(1).

    1.  The case was filed on Jul  4, 2007 and confirmed on Sep 19, 2007. The case was subsequently DISMISSED AFTER CONFIRMATION on Sep  4, 2008.

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was $5,190.00 .

    3. The Trustee made disbursements as follows:

```
-----------------------------------------------------------------------------
CREDITOR NAME / TYPE                CLAIM AMT    PRIN PD    INT PD    BAL DUE
-----------------------------------------------------------------------------
FRANK R LEDBETTER                     1000.00    1000.00       .00        .00
                          Original Attorney
MO DEPT OF REVENUE                    2321.01    2134.61       .00     186.40
    XXX-XX-7285           Priority
SUPER CARS INC                        4149.04     523.40    237.25    3625.64
    5059                  Secured - Motor Vehicle
John V. Labarge, JR.                      .00     214.71       .00        .00
    Trustee Fees
FRANK R LEDBETTER                         .00    1080.03       .00        .00
    Attorney for Debtor

                                                ------------------------
       TOTAL DISBURSED:       5,190.00          4952.75     237.25
```

                  PAGE  1 - CONTINUED ON NEXT PAGE

CHAPTER 13 CASE NO. 07-44229-6

4. Summary of disbursements to Creditors:

```
                              PRIORITY    UNSECURED    SECURED        TOTAL
CLAIM AMOUNT                   2321.01    29251.13    4149.04     35721.18
PRINCIPAL PAID                 2134.61         .00     523.40      2658.01
INTEREST PAID                      .00         .00     237.25       237.25
```

5. Costs of administration:

```
    Clerk                                             .00
    Trustee                                        214.71
    Attorney                                     2,080.03
    Refunds to Debtor                                 .00
    Chapter 7 Trustee                                 .00
```

If this report reflects funds paid to Debtor(s), it may include funds received by the Trustee after the date of dismissal and returned to Debtor(s) because the funds were not part of the bankruptcy estate.

JOHN V. LABARGE, JR., standing trustee for the above named case, certifies to the Court and the United States Trustee, that he has faithfully and properly fulfilled the duties of the standing trustee, and that the Chapter Thirteen case has been fully administered.

Wherefore the trustee requests an Order be entered which discharges the Chapter Thirteen Trustee and his surety from any and all liability on account of the above case, closes the chapter thirteen estate, and grants such other relief as may be just and proper.

```
                                    /s/ John V. LaBarge, Jr.
                                    _____
                                    JOHN V. LABARGE, JR.
                                    CHAPTER 13 TRUSTEE
                                    P.O. BOX 430908
                                    ST. LOUIS, MO  63143
                                    (314) 781-8100
                                    Fax: (314) 781-8881
                                    trust33@ch13stl.com
```

```
cc DENTON EUGENE LOUDERMILL
   11914 ROSADO DRIVE

   SAINT LOUIS MO        63138

   FRANK R LEDBETTER
   145 GLENRIDGE LN

   ST LOUIS MO                63146-0000
```